**EXHIBIT B**



# TOWNSHIP OF TOMS RIVER

33 Washington Street, P.O. Box 728
Toms River, NJ 08754
732-341-1000

**ADMINISTRATION DEPARTMENT**

**Louis Amoruso**
Business Administrator
lamoruso@tomsrivertownship.com

Lynda Valeri

Re: Workplace Harassment Complaint

Dear Mrs. Valeri,

This notice is intended to inform you that your complaint against your supervisor, JoAnn Benson has been received by the Division of Personnel, alleging hostile work environment and various improper behaviors on diverse dates.

The Township is committed to conducting careful and thorough investigations of such complaints. Accordingly, we expect our employees to cooperate to the fullest extent possible, providing accurate information as requested in the investigative process.

Please understand that due to the sensitive nature of the process, this investigation will be conducted in a manner that protects the privacy of all involved to the greatest extent possible.

Effective July 23, 2021 you will temporarily report to the Recreation Department while this matter is addressed.

If you have any questions regarding the investigative process, please feel free to contact me.

Thank you for your cooperation.

Sincerely,

Louis Amoruso
Business Administrator
Toms River Township
33 Washington Street
Toms River, NJ 08754
P: (732) 341-1000 ext. 8212